```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 20711
    MICHAEL HARRIS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2207


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/27/04 and confirmed on 07/30/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $    4376.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ILLINOIS TITLE LOANS       UNSECURED            40.26         .00            5.62
CHECK INTO CASH OF ILLIN   UNSECURED       NOT FILED          .00             .00
FAST CASH USA              UNSECURED           223.06         .00           31.16
JEFFERSON CAPITAL SYSTEM   UNSECURED         13633.00         .00         1904.29
INSTANT CASH ADVANCE       UNSECURED       NOT FILED          .00             .00
NATIONAL QUIK CASH         UNSECURED       NOT FILED          .00             .00
PAYDAY LOAN                UNSECURED       NOT FILED          .00             .00
SBC BANKRUPTCY DESK        UNSECURED       NOT FILED          .00             .00
PAYDAY LOAN                UNSECURED       NOT FILED          .00             .00
    Summary of disbursements:
------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00    13896.32        .00      13896.32
PRINCIPAL PAID          .00         .00     1941.07        .00       1941.07
INTEREST PAID           .00         .00         .00        .00           .00
TOTAL PAID              .00         .00     1941.07        .00       1941.07
The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $   2200.00
and was paid $    6.00   direct and $   2194.00   through the plan.

The Trustee received $    184.93 .

Refunds to the Debtor totaled $     56.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 01/09/08                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 20711 MICHAEL HARRIS